■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED SHIELDS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Mark, J.—grand larceny, third degree.) Present—Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES D. HOLLENBECK, Appellant.—Appeal unanimously dismissed *(see,* CPL 450.10, 450.15, *as amended by* L 1984, ch 671). Were we to address the merits, we would affirm. (Appeal from judgment of Oswego County Court, Hurlbutt, J.—sodomy, second degree.) Present —Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS FIGUEROA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Barr, J.—burglary, second degree.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.

■ In the Matter of KENNETH GASTON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, Matter of Jermosen v Smith,* 84 AD2d 932, *lv denied* 56 NY2d 504, 711). (Appeal from judgment of Supreme Court, Wyoming County, Johnson, J.—art 78.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.

■ In the Matter of JUAN RIVERA, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, Matter of Jermosen v Smith,* 84 AD2d 932, *lv denied* 56 NY2d 504, 711). (Appeal from judgment of Supreme Court, Wyoming County, McGowan, J.—art 78.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.